IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TAJOHNNA JOHNSON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:17-CV-240-Z |
| | § | |
| WERNER ENTERPRISES INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court acknowledges the parties' Joint Stipulation of Dismissal WITH PREJUDICE pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) filed on December 11, 2020. ECF Nos. 202. The accompanying Agreed Motion (ECF No. 203) is GRANTED. Accordingly, this case has been terminated. The Court hereby ORDERS the United States District Clerk to CLOSE this civil case. Each party shall bear its own fees and costs.

**SO ORDERED**.

December 11, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE